UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                           Case No. 2:17-mj-17-01
                                                           HON. TIMOTHY P. GREELEY

ALEX FAUGHT,

        Defendant.
_____/

## **ORDER OF DETENTION**

Defendant appeared before the undersigned on April 21, 2017, for an initial appearance and arraignment on the complaint charging defendant with possession of stolen firearms and felon in possession of a firearm. The government requested the defendant be detained pending further proceedings. Defendant reserved the issue of detention pending investigation into treatment.

      IT IS SO ORDERED.

                                                    */s/ Timothy P. Greeley*
                                                    TIMOTHY P. GREELEY
                                                    UNITED STATES MAGISTRATE JUDGE

Dated: April 24, 2017